UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARY COSGROVE,

                    Plaintiff,                         No. 16-cv-10975

vs.                                                    Hon. Gerald E. Rosen

JEFFREY DAME, et al.,

                    Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DISMISSING
PLAINTIFF'S COMPLAINT, WITHOUT PREJUDICE

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on November 9, 2016

PRESENT:  Honorable Gerald E. Rosen
                United States District Judge

        This matter having come before the Court on the October 18, 2016 Report and

Recommendation of United States Magistrate Judge Elizabeth A. Stafford recommending

that the Court grant Plaintiff's request to voluntarily dismiss his complaint, and no timely

objections to the Magistrate Judge's Report and Recommendation having been filed,

        NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

Report and Recommendation of October 18, 2016 **[Dkt. # 44]** be, and hereby is, adopted

by this Court.

1

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is hereby DISMISSED in its entirety, without prejudice.

IT IS FURTHER ORDERED that Defendants Dame and Reed's Motion to Dismiss **[Dkt. # 33]** is hereby denied as MOOT.


s/Gerald E. Rosen
United States District Judge

Dated:  November 9, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 9, 2016, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135

2